# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE

| | |
|---|---|
| IN RE: | CASE NO. 09-32598 |
| ARSHAD TIRMIZI | Chapter 07 |
| Debtor(s). | Judge Thomas H. Fulton |

## ORDER ON MOTION FOR RELIEF FROM STAY AND ABANDONMENT

This matter is before the Court upon Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1 ("Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1") Motion for Relief from Stay and Abandonment ("Motion for Relief and Abandonment") submitted to this Court which demonstrates that Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1 holds a security in the real property located at 43247 32nd Street West, Lancaster, CA 93536 and that the obligation by the debtor(s) exceeds the value of the property and debtor(s) is/are unable to provide Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1 with adequate protection. Therefore, for good cause shown, this Court GRANTS the Motion for Relief and Abandonment. Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1 is authorized to proceed with its State Law rights, including, but not limited to its right to proceed with a foreclosure sale of the real property located at 43247 32nd Street West, Lancaster, CA 93536.

**IT IS ORDERED.**

**RESPECTFULLY SUBMITTED BY:**

/s/  D. Anthony Sottile
_____

D. Anthony Sottile (0075101)
Reisenfeld & Associates, LPA LLC
Attorney for Deutsche Bank National
3962 Red Bank Road
Cincinnati, OH  45227
voice: (513) 322-7000
facsimile: (513) 322-8083
e-mail: kybk@rslegal.com